IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DONIS LEMOND DENBY, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:13-cv-00140-O |
| TOMMY NORWOOD et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 22. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice** and Denby's claims against all of the named Defendants are **DEEMED A STRIKE** for purposes of the three strike rule. 28 U.S.C. § 1915(g).

**SO ORDERED** on this **18th day** of **May, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE